## ANONYMOUS.

Court of Common Pleas.   Kent.   May, 1815.

*Clayton's Notebook, 44.*

On motion of *Mr. Clayton,* the Court granted a rule that the plaintiff who resided out of the state, should, before next term, give security for the payment of the costs in case judgment should go against him, or *non prosequitur.*